**United States Bankruptcy Court**
**Western District of Washington**

**IN RE:** Case No. **12-21479**

**Bricker, Julia A. & Bricker, Donald R.** Chapter **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 14, 2012**  Signature: */s/ Julia A. Bricker*
   **Julia A. Bricker** Debtor

Date: **November 14, 2012**  Signature: */s/ Donald R. Bricker*
   **Donald R. Bricker** Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Accelerated Collection SVC, Inc.
1125 Harvey Rd.
Auburn, WA  98002-4219


AFNI
1310 Martin Luther King Drive
P.O. Box 3517
Bloomington, IL  61702-3517


Allied Interstate
P.O. Box 4000
Warrenton, VA  20188


American Express
C/O Zwicker & Assocaites, PC
80 Minuteman Road
Andover, MA  01810-1008


American Express
P.O. Box 650448
Dallas, TX  75265-0448


American Express
P.O. Box 981535
El Paso, TX  79998-1535


Annamarie C. Dooley MD
P.O. Box 13684
Seattle, WA  98198


Bank Of America
P.O. Box  660807
Dallas, TX  75266-0807

Bank Of America
P.O. Box 21848
Greensboro, NC   27420-1848


Bank Of America
P.O. Box 851001
Dallas, TX   75285-1001


Bank Of America Home Loans
P.O. Box 942019
Simi Valley, CA   93094-2019


Bank Of America Home Loans
P.O. Box 5170
Simi Valley, CA   93062-5170


Bank Of America Home Loans
P.O. Box 26078
Greensboro, NC   27420


Bellevue Urology Associates
1135 116th Ave. Suite 620
Bellevue, WA   98004


Capital One
P.O. Box 70886
Charolette, NC   28272-9903


Capital One Bank
P.O. Box 71083
Charollette, NC   28272-1083


Chase Auto Finance
P.O. Box 78101
Phoenix, AZ   85062-8101

```
Chase Auto Finance
P.O. Box 78067
Phoenix, AZ   85062-8067


Chase Cardmember Services
P.O. Box 94014
Palatine, IL   60094-4014


Citi Cards
Customer Service
P.O. Box 6500
Sioux Falls, SD   57117


Citi Cards
Protector Reminder
P.O. Box 6077
Sioux Falls, SD   57117-6077


CITI Cards
Processing Center
Des Moines, IA   50363-0001


Citi Cards
Customer Service
P.O. Box 6500
Sioux Falls, SD   57117


CITI Cards
Processing Center
Des Moines, IA   50363-0001


Citi Cards
Protector Reminder
P.O. Box 6077
Sioux Falls, SD   57117-6077
```

Craig Cammock
Skagit Law Group, PLLC
P.O. Box 336, 227 Freeway Dr. Suite B
Mount Vernon, WA  98273


Donald Burdette
12821 NE 36th St.
Bellevue, WA  98005


Donna Smith
Zwicker & Associates
10824 SE Oak PMB 401
Milwaukie, OR  97222


Eric Holder
U.S. Dept. Of Justice
950 Pennsylvania Ave. NW
Washington, DC  20530-0001


Evergreen Professional Collections
12100 Ne 195th St. #325
Bothell, WA  98011


Ford Motor Company
C/O CT Corporate Systems
505 Union Ave. SE #120
Olympia, WA  98501


Frontier Communications
1500 MacCorkle Ave. Floor 1
Charleston, WV  25396


Home Depot Credit Card Services
P.O. Box 790328
St. Louis, MO  63179

Internal Revenue Service
Special Procedures Staff
915 2nd Ave., MS 243
Seattle, WA  98174


Internal Revenue Service
P.O. Box 21126
Philadelpia, PA  19114-0326


Jay Burdette
12821 NE 36th St.
Bellevue, WA  98005


Jay Burdette
P.O. Box 369
Monroe, WA  98272


Jeff Burdette
15131 141st Ave. SE
Snohomish, WA  98290


Jenny Durkan
U.S. Attorney's Office
700 Stewart St, Suite 5220
Seattle, WA  98101-1271


Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ  08054


NCO Financial Systems, Inc.
P.O. Box 15760 Dept. 07
Wilmington, DE  19850-5760

Overlake Hospital Medical Center
P.O. Box 3931
Seattle, WA  98124-3931


Overlake Hospital Medical Center
1035 116th Ave. N.E.
Bellevue, WA  98004-4377


Overlake Medical Clinics, LLC
P.O. Box 3947 MS 315010
Seattle, WA  98124-3947


PACLAB Network Laboratories
P.O. Box 2670
Spokane, WA  99220-2670


Renton Collections, Inc.
211 Morris Ave. South
Renton, WA  98055


Renton Collections, INc.
P.O. Box 272
Renton, WA  98057-0272


Renton Collections, Inc.
211 Morris Ave. South
Renton, WA  98055


Renton Collections, INc.
P.O. Box 272
Renton, WA  98057-0272


Renton Collections, INc.
211 Morris Ave. South
Renton, WA  98055

Skagit State Bank
CO Cheryle Bishop, President
301 E. Fairhaven Ave.
Burlington, WA  98233


Skagit State Bank
P.O. Box 285
Burlington, WA  98233


Skagit State Bank
121 N. Spruce St.
Burlington, WA  98233


Sno-Country Ford, Inc.
C/O Jay Burdette Reg. Agent
1175 Village Way
Monroe, WA  98272


Specialized Loan Serving, LLC
P.O. Box 636005
Littleton, CO  80163-6005


Steve Christophersen, Counsel
Union Central Life Insurance Co.
5900 O Street
Lincoln, NE  68501-1889


U.S. Bank
P.O. Box 5227
Cincinnati, OH  42301


Union Bank
Special Assets Dept.
332 SW Everett Mall Way
Everett, WA  98204

Union Bank , N.A.
C/O The Lanz Firm
1200 Westlake Ave. North #809
Seattle, WA  98109


Union Central Life Insurance Co.
1876 Waycross Rd.
P.O. Box 40888
Cincinnati, OH  45240


Union Central Life Insurance Co.
P.O. Box 81889
Lincon, NE  68501-1889


Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA  92799-5341


Wells Fargo Dealer Services
P.O. Box 168048
Irving, TX  75016-8048


Wells Fargo Financial Cards
P.O. Box 660041
Dallas, TX  75266-0041


Wells Fargo Financial Cards
P.O. Box 5943
Sioux Falls, SD  57117-5943


Zwicker & Associates
P.O. Box 9013
Andover, MA  01810